**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**True Brew Enterprises, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **45-0786067** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1809 10th Street, 100**<br>**Plano, TX**<br>ZIP CODE **75074** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Collin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1809 10th Street, 100**<br>**Plano, TX**<br>ZIP CODE **75074** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:   Chapter 11 Debtors**
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 0924405670)*

| **Voluntary Petition** | Name of Debtor(s): **True Brew Enterprises, LLC** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X_____ Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:
    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 0924405670)*

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): **True Brew Enterprises, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X _/s/ Robert T. DeMarco_____
Robert T. DeMarco          Bar No. 24014543

DeMarco Mitchell, PLLC
1255 West 15th St., 805
Plano, TX 75075

Phone No. **(972) 578-1400**    Fax No. **(972) 346-6791**

Date 6/23/15

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**True Brew Enterprises, LLC**

X _/s/ Kurt H. Ruppman_____
Signature of Authorized Individual

Kurt H. Ruppman, Sr.
Printed Name of Authorized Individual

**Sole Managing Member**
Title of Authorized Individual

6-23-15
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| | |
|---|---|
| **THE STATE OF TEXAS** | |
| **COUNTY OF COLLIN** | **CERTIFICATE OF RESOLUTION** |

**BEFORE ME,** the undersigned authority, on this day personally appeared Kurt Ruppman, Sr., known to me, who, being first by me duly sworn, did state that he was the duly elected and authorized Sole Managing Member of True Brew Enterprises, LLC., a Texas Limited Liability Company (the "**Company**"), and that the following is a correct excerpt of a resolution adopted by the Company on June 23, 2015:

"BE IT RESOLVED: That in the judgment of the Managing Member, it is desirable and for the best interests of the Company, its creditors, and other interested parties, that a petition be filed by this Company under the provisions of Chapter 11 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED: That the Managing Member be and hereby is authorized and directed to take whatever action is necessary, specifically including, but not by way of limitation, the authority to enter into and execute any and all instruments or agreements necessary to secure for the Company the relief accorded under Chapter 11 of the United States Bankruptcy Code; the sole and full discretion concerning the time of filing of these bankruptcy proceedings to be left to the sole discretion of the Managing Member of the Company, who is further authorized, again at his sole discretion, to convert said proceedings into liquidation bankruptcy proceedings if the same, in his discretion, is appropriate and necessary.

BE IT FURTHER RESOLVED: That **DeMarco-Mitchell, PLLC, of Plano, Texas,** shall be retained as attorneys for the Company, for instituting such proceedings under the Bankruptcy Code and performing such services as counsel for the Company as the Managing Member may deem appropriate and, without limiting the generality of the foregoing, obtaining a successful reorganization of the Company's finances or an otherwise successful termination of bankruptcy proceedings.

Name: Kurt Ruppman, Sr.
Title: Sole Managing Member,
True Brew Enterprises, LLC

**THE STATE OF TEXAS**

**COUNTY OF COLLIN**

    BEFORE ME, the undersigned, a Notary Public in and for said State, on this day personally appeared Richard Davis, President of Advantage Claims Recovery Group, Inc., known to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of said Corporation, and that he executed the same as the act of such Corporation for the purposes and consideration therein expressed, and in the capacity therein stated.

    GIVEN UNDER MY HAND AND SEAL OF OFFICE this 23rd day of June, 2015.



AMBER ROSE HOCKETT
My Commission Expires
February 27, 2017

_____
Notary Public in and for
The State of Texas

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   True Brew Enterprises, LLC                                          CASE NO

                                                                             CHAPTER   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                $6,717.00
   Prior to the filing of this statement I have received:      $6,717.00
   Balance Due:                                                    $0.00

2. The source of the compensation paid to me was:
   ☐ Debtor        ☑ Other (specify)
                     **Shannon Beck**

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_6/23/15_                                    _/s/ Robert T. DeMarco_
Date                                          Robert T. DeMarco         Bar No. 24014543
                                              DeMarco Mitchell, PLLC
                                              1255 West 15th St., 805
                                              Plano, TX 75075
                                              Phone: (972) 578-1400 / Fax: (972) 346-6791

_/s/ Kurt H. Ruppman_
Kurt H. Ruppman, Sr.
Sole Managing Member

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  True Brew Enterprises, LLC

Case No.

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Paco Label Systems<br>1 Hombre Drive<br>P.O Box 6502<br>Tyler, TX 75711 | | Vender | | $75,000.00 |
| BMT Weiser, LLC<br>530Fifth Avenue<br>New York, NY 10036-5103 | | Vender | | $68,530.95 |
| IIT 10th Street Business Park LP<br>P.O. Box 204900<br>Dept. 204959<br>Dallas, TX 75320 | | Landlord | | $66,755.44 |
| Resilux America, LLC<br>265 John B. Brooks Road<br>Pendergrass, GA 30567 | | Vender | | $66,399.17 |
| Advantage Label Co., Inc.<br>8727 Empress Row<br>Dallas, TX 75247 | | Vender | | $26,992.21 |
| SKSW, Inc.<br>1255 West 15th Street<br>Suite 500<br>Plano, TX 75075 | | Advertising | | $24,574.00 |

IN RE:   True Brew Enterprises, LLC                                          Case No.

                                                                             Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GLCC Co.<br>P.O. Box 329<br>39149 Red Arrow Highway<br>Paw Paw, MI 49079 | | Vender | | $23,302.09 |
| Delca Distributors, Inc.<br>530 Fifth Avenue<br>New York, NY 10036-5103 | | Vender | | $20,450.46 |
| Reliant Energy<br>P.O. Box 650475<br>Dallas, TX 75265 | | Utilities | | $12,519.06 |
| Wholesome Sweetners<br>14141 Southwest Freeway<br>Suite 160<br>Sugar Land, TX 77478 | | Vender | | $8,938.69 |
| Titan Corrupgated<br>801 Lakeside Parkway<br>Flower Mound, TX 75028 | | Vender | | $8,177.87 |
| NSF International<br>Dept. Lockbox #771380<br>P.O. Box 77000<br>Detroit, MI 48277-1380 | | Accrediting Firm | | $7,500.65 |
| Davis & Gilbert, LLP<br>1740 Broadway<br>New York, NY 10019 | | Trademark Lawfirm | | $6,580.50 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   True Brew Enterprises, LLC                                    Case No.

                                                                       Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| QAI Inc.<br>Dept. Lockbox #771380<br>P.O. Box 77000<br>Detroit, MI 48277-1380 | | Vender | | $6,015.00 |
| Texas Workforce commission<br>Revenue & Trust Management<br>Austin, TX 78778-0091 | | Unemployment Tax | | $3,864.45 |
| Grove Temporary Service, Inc.<br>P.O. Box 495113<br>Garland, TX 75049-5113 | | Temporary Employee Service | | $2,436.46 |
| Golden Eagle<br>1762 State Route 131<br>Milford, OH 45150 | | Vender | | $1,909.38 |
| Alternate Systems<br>17110 Dallaw Pkwy, Suite 286<br>Dallas, TX 75248-1167 | | Vender | | $1,540.82 |
| Birch communications<br>P.O. Box 105066<br>Atlanta, GA 30339 | | Vender | | $527.91 |
| American Backflow & Plumbing<br>1515 N. Town East Blvd.<br>Suite 138-350<br>Mesquite, TX 75150 | | Vender | | $514.80 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: **True Brew Enterprises, LLC**　　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Sole Managing Member**_____ of the _____**Partnership**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __6-23-15__　　　　　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　Kurt H. Ruppman, Sr.
　　　　　　　　　　　　　　　　　　　　　　Sole Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  True Brew Enterprises, LLC                                        CASE NO

                                                                           CHAPTER    11

## VERIFICATION OF CREDITOR MATRIX

   The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6-23-15                                Signature _____
                                                        Kurt H. Ruppman, Sr.
                                                        *Sole Managing Member*

Date _____                 Signature _____

Advantage Label Co., Inc.
8727 Empress Row
Dallas, TX 75247

GLCC Co.
P.O. Box 329
39149 Red Arrow Highway
Paw Paw, MI 49079

Reliant Energy
P.O. Box 650475
Dallas, TX 75265

Alternate Systems
17110 Dallaw Pkwy, Suite 286
Dallas, TX 75248-1167

Golden Eagle
1762 State Route 131
Milford, OH 45150

Resilux America, LLC
265 John B. Brooks Road
Pendergrass, GA 30567

American Backflow & Plumbing
1515 N. Town East Blvd.
Suite 138-350
Mesquite, TX 75150

Grove Temporary Service, Inc.
P.O. Box 495113
Garland, TX 75049-5113

SEC
100 F Street, NE
Washington, DC 20549

Atmos Energy
P.O. Box 790311
Saint Louis, MO 63179-0311

Hadeler Krueger
1255 West 15th Street
Suite 500
Plano, TX 75075

SKSW, Inc.
1255 West 15th Street
Suite 500
Plano, TX 75075

Attorney General of Texas
Taxation Division - Bankruptcy
Box 12548 Capitol Station
Austin, TX 78711

IIT 10th Street Business Park L
P.O. Box 204900
Dept. 204959
Dallas, TX 75320

Stream Realty
2805 North Dallas Pkwy
Suite 260
Plano, TX 75093

Attorney General of Texas
Bankruptcy Reporting Contact
OAG/CSD/Mail Code 38
P.O. Box 12017
Austin, TX 78711-2017

Internal Revenue Service -
Centralized Insolvency Operatio
PO Box 7346
Philadelphia, PA 19101-7346

Texas Comptroller of Public Acc
C/O Office of the Attorney Gene
Bankruptcy - Collections Divisi
P.O. Box 12548
Austin, TX 78711-2548

Birch communications
P.O. Box 105066
Atlanta, GA 30339

Kenneth L. Maun
Tax Assessor Collector Collin C
PO Box 8046
McKinney, TX 75070-8046

Texas Workforce commission
Revenue & Trust Management
Austin, TX 78778-0091

BMT Weiser, LLC
530 Fifth Avenue
New York, NY 10036-5103

NSF International
Dept. Lockbox #771380
P.O. Box 77000
Detroit, MI 48277-1380

Titan Corrupgated
801 Lakeside Parkway
Flower Mound, TX 75028

Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019

Paco Label Systems
1 Hombre Drive
P.O Box 6502
Tyler, TX 75711

United States Attorney
110 North College Ave., Ste. 70
Tyler, TX 75702-0204

Delca Distributors, Inc.
530 Fifth Avenue
New York, NY 10036-5103

QAI Inc.
Dept. Lockbox #771380
P.O. Box 77000
Detroit, MI 48277-1380

United States Trustee
110 North College Ave., Ste. 30
Tyler, TX 75702-7231

Wholesome Sweetners
14141 Southwest Freeway
Suite 160
Sugar Land, TX 77478

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  
**True Brew Enterprises, LLC**

CHAPTER 11

DEBTOR(S)

CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Amanda Mackay<br>48335 Painted Canyon Road<br>Palm Desert, CA 92260 | | 14.7% | |
| CD Holdings of Denton<br>222 E. McKinney Street<br>Suite 210<br>Denton, TX 76201 | | .25% | |
| David Mackay<br>48335 Painted Canyon Road<br>Palm Desert, CA 92260 | | 15% | |
| Jessica Mackay<br>48335 Painted Canyon Road<br>Palm Desert, CA 92260 | | 14,7% | |
| Judy M. Ruppman<br>912 Presidio Court<br>Allen, TX 75013 | | 1.44% | |
| Kraig Ruppman<br>1819 Hollow Falls Court<br>Frisco, TX 75034 | | 1.44% | |
| Kurt H. Ruppman Sr.<br>912 Presidio Court<br>Allen, TX 75013 | | 37.31% | |
| Kurt H. Ruppman, Jr.<br>1340 Comache Drive<br>Allen, TX 75013 | | 1.44% | |
| Linda Plaster<br>511 John's Pass Aveneu<br>Saint Petersburg, FL 33708 | | 3.29% | |
| Montieira Holdings<br>4667 Wicklow Drive<br>Frisco, TX 75034 | | 1.56% | |
| MTJ Plano, LLC<br>6000 Garlands Lane<br>Suite 120<br>Barrington, IL 60010 | | 4.98% | |
| Shannon Beck<br>1921 Edgehill Drive<br>Allen, TX 75013 | | 1.44% | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  
**True Brew Enterprises, LLC**

CHAPTER  **11**

DEBTOR(S)

CASE NO

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Shelli Kranz 1605 Navarro Court Allen, TX 75013 | | 1.44% | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Sole Managing Member** of the **Partnership** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 6-23-15

Signature: *Kurt H. Ruppman, Sr.*  
Kurt H. Ruppman, Sr.  
Sole Managing Member